NOV 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000 WELFARE, PENSION, ANNUITY, VACATION, and TRAINING FUNDS, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000,

**VOLUNTARY WITHDRAWAL AND ORDER DISCONTINUING ACTION**

**07 CIV 9362 (KMK)(LMS)**

- against -

METRA INDUSTRIES CORPORATION, and
ROBERT A. DEPONTE, Individually,

Defendants.

------------------------------------------------------------------X

**WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, this action is

**HEREBY VOLUNTARILY WITHDRAWN** by the plaintiffs and acknowledged that this action be discontinued with prejudice and without costs.

Dated: November 29, 2007

GELLERT & KLEIN, P.C.

BY: _____
Stephen E. Ehlers (SE-3064)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, NY 12601
(845) 454-3250

SO ORDERED November 30, 2007

_____
Hon. Kenneth M. Karas, U.S.D.J.

F:\USER\clients\L\LABORERS\METRA\Legal\VOLUNTARY WITHDRAWAL.wpd\November 28, 2007 (10:22am)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____